# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141958

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RICHARD LEVINE and MELISSA LEVINE,
d/b/a HART EMS MONROE,
      Plaintiffs-Appellants,

v

MONROE COUNTY EMERGENCY MEDICAL
AUTHORITY and COUNTY OF MONROE,
      Defendants-Appellees.

SC: 141958
COA: 288844
Monroe CC: 06-021923-CK

_____/

      On order of the Court, the application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

0228